ANNA McGANN, Respondent, v. VIM ELECTRIC Co., INC., Defendant and Third-Party Plaintiff-Appellant. HAROLD COHEN et al., Doing Business as INTERNATIONAL TELEVISION COMPANY, Third-Party Defendants; HAROLD COHEN, Doing Business as INTERNATIONAL TELEVISION COMPANY, Third-Party Defendant-Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

■

EVERETT MONIZ et al., Doing Business as MONIZ AND JEANNETTI, Respondents, v. NATIONAL CONSTRUCTORS, INC., Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion for reargument denied, without costs. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See ante, p. 855.]

■

LUCILE M. FERGUSON, Respondent-Appellant, v. JOSEPH B. FERGUSON, Appellant-Respondent.— In a separation action, plaintiff and defendant appeal from an order dated April 13, 1951, entered on a determination by an Official Referee, to whom a motion to increase alimony directed to be paid by the judgment of separation, and for a counsel fee, had been referred, to hear and determine. This order increased the alimony payable to plaintiff wife and awarded a counsel fee of $400. Order affirmed, without costs. No opinion. Appeal by defendant from order dated March 19, 1951, dismissed, without costs. No such order is printed in the record. Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur. [See post, p. 1025.]

■

DONALD T. GUINAN, Respondent, v. DAVID SMITH, Defendant, and NETTIE HOROWITZ et al., Appellants.— In an action to recover damages for personal injuries sustained by plaintiff in a collision between an automobile owned and operated by defendant Smith, in which plaintiff was a passenger, and a truck owned by defendant Horowitz and operated by defendant Treach, the jury rendered a verdict in favor of plaintiff and against all the defendants, and a judgment was entered thereon. Defendants Horowitz and Treach appeal. Judgment, insofar as it is against appellants, reversed on the law and the facts and a new trial granted, with costs to appellants to abide the event. In our opinion, the verdict, insofar as it was against the appellants, was against the weight of the credible evidence. Nolan, P. J., Wenzel and MacCrate, JJ., concur; Carswell and Johnston, JJ., dissent and vote to affirm.